**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:15-CR-00404-HEA/NAB |
| ) | |
| **TERRELL BROWN,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO WITHDRAW AND FOR
RE-APPOINTMENT OF COUNSEL**

COMES NOW Attorney Susan S. Kister and respectfully moves to withdraw as counsel and further moves for the re-appointment of counsel, in the above-referenced case.

In support of her motion, Attorney Kister states that she has accepted a position as staff attorney with the Eighth Circuit Court of Appeals and must, therefore, cease the practice of law in all active and pending cases. Moreover, because she was appointed pursuant to the Criminal Justice Act, she asks that new CJA counsel be appointed to represent Mr. Brown in the above-referenced case.

WHEREFORE, undersigned counsel moves to be relieved of her appointment in this matter and for new counsel to be appointed.

        Respectfully submitted,

        /s/Susan S. Kister

        Susan S. Kister, #37328MO
        7524 Hoover Avenue
        St. Louis, Missouri 63117
        (314) 616-0311
        skister@kisterlaw.com

## Certificate of Service

I certify that on the 20th day of November, 2016, the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system upon all counsel of record.

        /s/Susan S. Kister